WILLIAM THORNER, Appellant, v. HOMER SAMUELS, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

WILLIAM F. CARELL, as Trustee, etc., Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

PACKARD MOTOR CAR COMPANY OF NEW YORK, Respondent, Appellant, v. THE CITY OF NEW YORK, Appellant, Respondent.— Order of October 26, 1923, reversed and motion to resettle granted; order of October 11, 1923, modified as indicated in order, and judgment appealed from modified as so indicated and as so modified affirmed, with costs to the plaintiff. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VIRGINIUS J. MAYO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL J. GAYNOR, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, Appellant, to Certain Lands and Premises on the Easterly Side of Franklin Avenue and the Westerly Side of Boston Road, North of East One Hundred and Sixty-eighth Street, in the Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes, According to Law. JOSEPH P. HENNESSY and Others, Respondents.— Decree affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

ORINOCO REALTY CO., INC., Appellant, v. MARTIN H. GOODKIND, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

ORINOCO REALTY CO., INC., Appellant, v. MARTIN H. GOODKIND, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

ORINOCO REALTY CO., INC., Appellant, v. MARTIN H. GOODKIND, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

MARGARET CURRAN, as Administratrix, etc., of DANIEL J. CURRAN, Deceased, Respondent, v. OLD DOMINION STEAMSHIP COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

FLORENCE M. ROWAN, as Administratrix, etc., of MARTIN P. ROWAN, Deceased, Respondent, v. ANNA GOLDFARB, as Administratrix, etc., of MORRIS GOLDFARB, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of LILLIAN SURRETSKY, Respondent, v. CHARLES INGBER, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

OLIVE CORNELL, Respondent, v. ZIEGFELD FOLLIES, INC., Appellant.— Judgment